IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM SAVAGE, #212203,
    Petitioner,

vs.                                     Case No.: 3:08cv477/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 29, 2009. (Doc. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 23) is **GRANTED**.

    3.    Petitioner's habeas petition (doc. 1) is **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** this 17th day of August, 2009.

                                                        s/ *M. Casey Rodgers*
                                                         **M. CASEY RODGERS**
                                                         **UNITED STATES DISTRICT JUDGE**